United States District Court
Middle District of Florida
Jacksonville Division

HUGH A. CARITHERS
& KATHERINE S. CARITHERS,

    *Plaintiffs,*

v.                                                                                               NO. 3:12-CV-890-J-34PDB

MID-CONTINENT CASUALTY COMPANY,

    *Defendant.*

## Order Striking Plaintiffs' Motion for Taxation of Costs

The Court has granted summary judgment in the plaintiffs' favor on count one of their amended complaint, Doc. 97, but has not yet conducted the trial on count two, Doc. 98, and has not yet ruled on their motion for entry of judgment on count one, Doc. 100. Nevertheless, they have filed a motion for taxation of costs on count one. Doc. 109. Because the Court has not yet entered judgment in their favor on count one, they are not yet the "prevailing party" on count one as that term is commonly understood, and their motion for taxation of costs on count one accordingly is premature. *See Buckhannon Bd. & Care Home, Inc. v. West Va. Dept. of Health & Human Res.*, 532 U.S. 598, 603 (2001) ("prevailing party" is legal term of art defined as party in whose favor judgment is entered); Fed. R. Civ. P. 54(b) (order that adjudicates fewer than all claims does not end case as to any claim and may be revisited at any time before entry of judgment adjudicating all claims); Fed. R. Civ. P. 54(d)(1) (allowing costs to prevailing party). **The Court therefore directs the**

**clerk to remove from the docket the plaintiffs' motion for taxation of costs on count one, Doc. 109**. They may refile a motion for taxation of costs within 14 days after any entry of judgment in their favor. *See* Local Rule 4.18.

**Done** and **ordered** in Jacksonville, Florida, on January 23, 2014.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*