## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

HUGH A. CARITHERS, et al.                CASE NO.  3:12-cv-890-J-34PDB

v.

MID-CONTINENT CASUALTY
COMPANY

Counsel for Plaintiffs:          Counsel for Defendant:
Robert E. Warren                 Morris D. Pataky
                                 John Catizone

**HONORABLE PAUL A. MAGNUSON, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Emily A. Morin     Court Reporter: Marie Splane/Cornerstone

## CLERK'S MINUTES

**PROCEEDINGS OF: BENCH TRIAL**

Opening statements by counsel.

Plaintiffs' Exhibits: 1, 2, 3, 7, 8, 9, 10, 11, 12, 13, 15, 17, 18, 19, 21, 22, 24, 25, 26

Plaintiffs' Witnesses: Hugh A. Carithers
          Brian Wingate
          Brett D. Newkirk

Defendant's Exhibits: 1, 2, 3, 4, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 29

Defendant's Witnesses: Nora Webb

Plaintiff's counsel proffers to Joseph Cronk's testimony.

Plaintiff rests.

Defendant's ore tenus Motion to Amend the Pleadings to Conform to Evidence and Specifically as to Mr. Newkirk's Testimony (Dkt. No. 117) is **DENIED as moot**

Defendant rests.

Court is recessed and will resume the trial at 9:30 a.m.

DATE: February 11, 2014     TIME: 8:59 a.m. - 12:11 p.m.   TOTAL: 3 Hours, 57 Minutes
              Recess 1:44 p.m. - 2:31 p.m.