UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| Hugh A. Carithers and Katherine, S. Carithers, | Case No. 3:12-cv-890 |
| Plaintiffs, | |
| v. | **ORDER** |
| Mid-Continent Casualty Company, | |
| Defendant. | |

The Court held a bench trial in this matter on February 11 and 12, 2014. A transcript of the proceedings is necessary to allow the Court to prepare its Findings of Fact and Conclusions of Law. Accordingly, **IT IS HEREBY ORDERED that** the parties shall order an expedited transcript from the court reporter, and shall split the cost of such transcript.

Dated:   February 20, 2014

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge